IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hopper, Curtissa D | Case Number: 05 B 39948 |
|---|---|---|
| | Hopper, Eric A | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 9/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,007.50 | |
| Secured: | | 8,173.42 |
| Unsecured: | | 8,545.55 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,088.53 |
| Other Funds: | | 0.00 |
| Totals: | 20,007.50 | 20,007.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,200.00 | 2,200.00 |
| 2. | ShoreBank | Secured | 0.00 | 0.00 |
| 3. | ShoreBank | Secured | 5,208.42 | 5,208.42 |
| 4. | Best Interiors Inc | Secured | 2,600.00 | 2,600.00 |
| 5. | City Of Chicago | Secured | 365.00 | 365.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,120.62 | 861.85 |
| 7. | CB USA | Unsecured | 0.00 | 0.00 |
| 8. | Capital One | Unsecured | 1,823.06 | 1,399.45 |
| 9. | RJM Acquisitions LLC | Unsecured | 300.96 | 231.46 |
| 10. | Asset Acceptance | Unsecured | 3,395.76 | 2,611.48 |
| 11. | Great Seneca | Unsecured | 3,604.07 | 2,771.69 |
| 12. | Capital One | Unsecured | 872.31 | 669.62 |
| 13. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Discover Financial Services | Unsecured | | No Claim Filed |
| 16. | QV Inc | Unsecured | | No Claim Filed |
| 17. | First Premier | Unsecured | | No Claim Filed |
| 18. | Best Interiors Inc | Unsecured | | No Claim Filed |
| 19. | FCNB MC | Unsecured | | No Claim Filed |
| 20. | Midland Credit Management | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 21,490.20 | $ 18,918.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hopper, Curtissa D | Case Number: 05 B 39948 |
| Hopper, Eric A | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 9/23/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 292.19 |
| 5% | 77.52 |
| 4.8% | 195.57 |
| 5.4% | 343.94 |
| 6.5% | 179.29 |
| 6.6% | 0.02 |
| | $ 1,088.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

